■ JAMES R. ERDLE, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 64944.) — Order unanimously affirmed, without costs (see *Mt. Read Ind. Park v State of New York,* 81 AD2d 1036). (Appeal from order of Court of Claims, Quigley, J. — appropriation — appraisal report.) Present — Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ In the Matter of MYTRO LATANYSHYN et al., Appellants, v BOARD OF ELECTIONS OF CAYUGA COUNTY et al., Respondents, and STATE OF NEW YORK, Intervenor-Respondent. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, Corning, J. (Appeal from order of Supreme Court, Cayuga County, Corning, J. — Election Law.) Present — Dillon, P. J., Callahan, Green, O'Donnell and Schnepp, JJ. (Order entered Sept. 12, 1983.)